[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-2170

 ATHENS PIZZA OF JAFFREY, INC.,

 Petitioner, Appellant,

 v.

 COMMISSIONER OF INTERNAL REVENUE,

 Respondent, Appellee.

 

 ON APPEAL FROM THE ORDER OF
 THE UNITED STATES TAX COURT

 

 Before

 Boudin, Stahl and Lynch,
 Circuit Judges. 

 

Albert Newell on brief for appellant. 
Loretta C. Argrett, Assistant Attorney General, Teresa E. 
McLaughlin and Tamara W. Ashford, Attorneys, Tax Division, Department 
of Justice, on brief for appellee.

 

 February 3, 1998
 

 Per Curiam. Essentially for the reasons stated by the 

tax court in its order of dismissal, appellant's petition

properly was dismissed for lack of jurisdiction. We reject

appellant's arguments and conclude, as did the tax court,

that no notice of deficiency was issued after 1994 and that

the petition filed in 1997 was untimely under 26 U.S.C. 

6213(a).

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-